IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES DLESTER CRANDLE (Jail ID #063209), Petitioner, | ) ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:17-00562-WS-N |
| NOAH PRICE OLIVER, *Warden*, Mobile County Metro Jail, Respondent. | ) ) ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendations of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing § 2254 Cases in the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated January 23, 2018, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner James Dlester Crandle's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED without prejudice in part** for failure to exhaust and is otherwise **DISMISSED**, and that Crandle is **DENIED** a Certificate of Appealability in conjunction with this dismissal. Finally, the Court certifies that any appeal by Crandle of this dismissal would be without merit and therefore not taken in good faith. Thus, Crandle is not entitled to proceed *in forma pauperis* on appeal.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the 23rd day of February 2018.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**