IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES DLESTER CRANDLE (Jail ID #063209), Petitioner, | ) ) ) ) |
| v. | ) CIVIL ACTION NO. 1:17-00562-WS-N ) |
| NOAH PRICE OLIVER, *Warden*, Mobile County Metro Jail, Respondent. | ) ) ) |

## FINAL JUDGMENT

In accordance with the Order entered on this date adopting the recommendations of the Magistrate Judge, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent and against Petitioner James Dlester Crandle, such that this action under 28 U.S.C. § 2241 is **DISMISSED without prejudice in part** and is otherwise **DISMISSED**, and that Crandle is not entitled to a Certificate of Appealability or to proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this the 23rd day of February, 2018.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE